

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2019

No. 04-19-00542-CV

Vinod S. **IDNANI,**
Appellant

v.

Mansha V. **IDNANI,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2016-CVG-001721-C3
Honorable Ron Carr, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is hereby GRANTED.

It is so **ORDERED** on this 16th day of September, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court